No. 503. Rau Construction Co. v. Phillips Petroleum Co. January 4, 1943.

No. 505. Paper Container Mfg. Co. v. Dixie-Vortex Co. January 4, 1943.

No. 76. Miller v. United States. January 11, 1943.

No. 86. Davis v. Department of Labor and Industries of the State of Washington. January 11, 1943.

No. 463. Ranieri v. United States. January 11, 1943.

No. 509. Van Wormer v. Champion Paper & Fibre Co. January 11, 1943.

No. 537. Roddenberry v. Florida. January 11, 1943.

No. 516. Eastman v. Guaranty Trust Co. et al. January 11, 1943. Petition for rehearing denied. Mr. Justice Roberts and Mr. Justice Douglas took no part in the consideration or decision of this application.

No. 349. Largent v. Reeves, City Marshal. January 14, 1943. The motion for leave to file petition for rehearing is granted, and the petition for rehearing is denied. The application for bail is also denied.

No. 79. Adams, Warden, et al. v. United States ex rel. McCann. See *ante,* p. 605.